IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(WESTERN DIVISION)

No. 5:21-cv-00224-FL

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TAIRUO TECHNOLOGY CO., LTD. (d/b/a NREAL, formerly known as HANGZHOU TAIRUO TECHNOLOGY CO.), <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's order dated April 20, 2022 and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Epic Games, Inc. and Defendants Shenzhen Tairuo Technology Co., Ltd. (d/b/a Nreal, formerly known as Hangzhou Tairuo Technology Co.) (collectively, the "Parties"), by and through their respective counsel, hereby file this Stipulation of Dismissal with Prejudice such that the above-captioned matter will be dismissed with prejudice.

Dated: August 12, 2022                    WILLIAMS MULLEN

                                              By: */s/ Robert C. Van Arnam*
                                                  Robert C. Van Arnam
                                                  rvanarnam@williamsmullen.com
                                                  WILLIAMS MULLEN
                                                  301 Fayetteville Street, Suite 1700
                                                  P.O. Box 1000 (27602)
                                                  Raleigh, NC 27601
                                                  Telephone: 919.981.4000
                                                  Facsimile: 919.981.4300

                                                  Of Counsel:

**KIRKLAND & ELLIS LLP**

                                                  Dale Cendali
                                                  dale.cendali@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  601 Lexington Avenue
                                                  New York, NY 10022
                                                  Telephone: +1 212 446 4800
                                                  Facsimile: +1 212 446 6460
                                                  Diana Torres
                                                  diana.torres@kirkland.com
                                                  Lauren Schweitzer
                                                  lauren.schweitzer@kirkland.com
                                                  Maria Beltran
                                                  maria.beltran@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  2049 Century Park East, Suite 3700
                                                  Los Angeles, CA 90067
                                                  Telephone: +1 310 552 4200
                                                  Facsimile: +1 310 552 5900

                                            *Attorneys for Plaintiff Epic Games, Inc.*

**Dated:** August 12, 2022                      **K&L GATES LLP**

By:  */s/ Robert J. Higdon, Jr.*
    Robert J. Higdon, Jr.
    K&L GATES LLP
    430 Davis Drive, Suite 400
    Durham, NC 27560
    Telephone: +1 919 314 5610
    Bobby.hidgon@klgates.com
    NC State Bar No. 17229

    Local Civil Rule 83.1(d) Counsel for Defendant

    Of counsel:

**ORRICK HERRINGTON & SUTCLIFFE LLP**

    Diana Rutowski
    1000 Marsh Road
    Menlo Park, CA 94025-1015
    Telephone: +1 650 614 7400
    Facsimile: +1 650 614 7401
    drutowski@orrick.com
    CA State Bar No. 233878

    R. David Hosp (admitted *pro hac vice*)
    222 Berkeley Street, Suite 2000
    Boston, MA 02116
    Telephone: +1 617 880 1800
    dhosp@orrick.com
    MA State Bar No. 634091

   *Attorneys for Defendant*